# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-916
LT Case Nos. 2021-306045-CFDB
2022-303796-CFDB
2022-300474-CFDB

_____

SEAN AARON GILMORE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Matthew J. Metz, Public Defender, and Natalie R. Gossett,
Assistant Public Defender, Office of the Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney General, Office of the Attorney
General, Daytona Beach, for Appellee.

December 5, 2023


PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____